ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
        erik@packardlawoffices.com
        hallie@packardlawoffices.com

ROBERT J. TUERK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, CA  95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA PACIFIC INDUSTRIES, a California corporation, and CHRIS SKINNER, an individual,<br><br>Defendants. | Case No. 2:10-cv-01644-JAM-DAD<br><br>STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT;  ORDER THEREON<br><br>Judge: Hon. John A. Mendez |

WHEREAS, Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") filed its Complaint in this action on June 28, 2010;

WHEREAS, on or about October 22, 2010, Plaintiff provided a 60-day notice of Defendant Sierra Pacific Industries' ("SPI") alleged violations of California Health & Safety Code Section 25249.5 *et seq.* (commonly referred to as "Proposition 65") ("Proposition 65 Notice Letter"), and of its intention to file suit against Defendant SPI, to: the Proposition 65 Enforcement Reporting section

PDF created with pdfFactory trial version www.pdffactory.com

of the office of the California Attorney General ("California Attorney General"); the District Attorney of each California county containing sources of drinking water potentially impacted by Defendant SPI's violations of Proposition 65; and, to Defendant SPI, as required by California Health & Safety Code Section 25249.5 *et seq*.  A true and correct copy of CSPA's Proposition 65 Notice Letter is attached hereto as Exhibit A and is incorporated by reference;

WHEREAS, the 60-day statutory notice period of Proposition 65 Notice Letter expired on or about December 21, 2010;

WHEREAS, Plaintiff has provided Defendants herein a proposed First Amended Complaint (attached herein as Exhibit B) which adds a claim against Defendant SPI for alleged violations of Proposition 65;

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, in the interest of judicial economy:

A.  That Plaintiff shall be permitted to file its proposed First Amended Complaint on January 10, 2011, or as soon thereafter as may be convenient for Plaintiff.

B.  That Defendants' response to the First Amended Complaint shall be electronically filed not later than sixty (60) days after Plaintiff files its First Amended Complaint.

Dated: January 10, 2011                         Respectfully submitted,
                                                LAW OFFICES OF ANDREW L. PACKARD


                                                By: **/s/ Erik Roper**
                                                    ERIK M. ROPER
                                                    Attorneys for Plaintiff
                                                    CALIFORNIA SPORTFISHING
                                                    PROTECTION ALLIANCE


Dated: January 10, 2011                         DOWNEY BRAND LLP

                                                By: **/s/ Nicole E. Granquist**
                                                    NICOLE E. GRANQUIST
                                                    Attorneys for Defendants
                                                    SIERRA PACIFIC INDUSTRIES, *et al.*

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that Plaintiff is granted leave to file its proposed First Amended Complaint on January 10, 2011, or as soon thereafter as may be convenient for Plaintiff.

Dated:   January 10, 2011                            /s/ John A. Mendez
                                                                 UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com