ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P. O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>Plaintiff,<br>vs.<br><br>SIERRA PACIFIC INDUSTRIES, a California corporation, and CHRIS SKINNER, an individual,<br><br>Defendants. | Case No. 2:10-cv-01644-JAM-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA"), and Sierra Pacific Industries ("SPI") and Mr. Chris Skinner (collectively, "Defendants") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, on or about April 26, 2010, CSPA provided Defendants with a Notice of Violations and Intent to File Suit ("CWA Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

**WHEREAS**, on or about October 22, 2010, Plaintiff provided notice of Defendant SPI's

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER   CASE NO. 2:10-CV-01644-JAM-DAD

1

PDF created with pdfFactory trial version www.pdffactory.com

alleged violations of California Health & Safety Code Section 25249.5 (also referred to as "Proposition 65") ("Proposition 65 Notice Letter") and of its intention to file suit against Defendant SPI to the Proposition 65 Enforcement Reporting section of the office of the California Attorney General ("California Attorney General"); the District Attorney of each California county containing sources of drinking water potentially impacted by Defendant SPI's alleged violations of Proposition 65; and, to Defendant SPI, as required by California Health & Safety Code Section 25249.5 *et seq*.

**WHEREAS**, CSPA filed a Complaint against Defendants in the United States District Court, Eastern District of California, on June 28, 2010, and filed a First Amended Complaint on January 11, 2011 ("Complaint") and said Complaint incorporated by reference all of the allegations contained in CSPA's CWA Notice Letter and its Proposition 65 Notice Letter;

**WHEREAS**, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's CWA Notice Letter, Proposition 65 Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the agreement ("Consent Agreement") entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference.

**WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter, Proposition 65 Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with Clause 17 of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through September 30, 2013, for the sole

PDF created with pdfFactory trial version www.pdffactory.com

1  purpose of resolving any disputes between the parties with respect to enforcement of any
2  provision of the Consent Agreement.

4  Dated: March _____, 2011          Law Offices of Andrew L. Packard

6                                    By:_____
7                                    Erik M. Roper
                                     Attorneys for Plaintiff
8                                    CALIFORNIA SPORTFISHING PROTECTION
                                     ALLIANCE

9  Dated: March _____, 2011          Downey Brand LLP

11                                   By:_____
                                     Nicole E. Granquist
12                                   Attorneys for Defendants
13                                   SIERRA PACIFIC INDUSTRIES, and, CHRIS
                                     SKINNER

STIPULATION TO DISMISS WITH PREJUDICE;            CASE NO. 2:10-CV-01644-JAM-DAD
[PROPOSED] ORDER                         3
927112.1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Sierra Pacific Industries and Chris Skinner as set forth in CSPA's CWA Notice Letter, Proposition 65 Notice Letter and Complaint filed in Case No. 2:10-CV-01644-JAM-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

Dated:  4/25/2011                              /s/ John A. Mendez_____
                                               United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com